IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION



NEWELL . PLAINTIFF

VERSUS                              CIVIL ACTION NO. 5:04cv85DCB-JMR

UNUMPROVIDENT CORP.                                      DEFENDANT

## ORDER

This cause comes before the Court finds that there appears to be no further reason to maintain the file as an open one for statistical purposes. Parties are to notify the Court within ten days of any matter needing the assistance of the Court.

Nothing contained in this minute entry shall be considered a dismissal or disposition of this matter and should further proceedings in it become necessary or desirable, any party may initiate it in the same manner as if this minute entry had not been entered .

This the 21th day of February , 2006.

_____
CHIEF UNITED STATES MAGISTRATE JUDGE