IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

ERNESTINE NEWELL                                                                            PLAINTIFF

VS.                                                     CIVIL ACTION NO.5:04CV85-DCB-JMR

UNUMPROVIDENT CORPORATION                                         DEFENDANT

## **FINAL JUDGMENT OF DISMISSAL WITH PREJUDICE**

THIS CAUSE having come on for hearing, and the Court being advised that the same has been compromised and settled to the satisfaction of all parties and that there remain no issues to be litigated by or between the parties nor adjudicated or determined by the Court, it is

ORDERED AND ADJUDGED that this cause be, and the same hereby is, dismissed with prejudice with each party to bear its own costs.

SO ORDERED AND ADJUDGED this the 13th day of December, 2006.

                                                   S/DAVID BRAMLETTE
                                                   UNITED STATES DISTRICT JUDGE

AGREED:

   s/Eric Hamer
Attorney for Plaintiff

   s/Ford Bailey
Attorney for Defendant